ATTORNEY GRIEVANCE COMMISSION   *   IN THE
OF MARYLAND         *   COURT OF APPEALS
             *   OF MARYLAND
   *Petitioner,*      *
             *   Misc. Docket AG
v.            *   No. 56
             *   September Term, 2017
STACY ENID LEBOW SIEGEL    *
             *
   *Respondent.*      *
             *

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Stacy Enid LeBow Siegel, to disbar the Respondent from the practice of law for violations of Rules 1.15 (a) and (c) and 8.4(c) and (d) of the Maryland Lawyers' Rules of Professional Conduct. The Court having considered the Petition, and the record herein, it is this 3rd day of     January     , 2018;

**ORDERED**, that the Respondent, Stacy Enid LeBow Siegel, be and she is hereby disbarred from the practice of law in the State of Maryland, effective sixty (60) days from the entry of this Order, and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Stacy Enid LeBow Siegel from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-742.

             /s/ Clayton Greene Jr.
             Senior Judge